# Court of Appeals
# of the State of Georgia

ATLANTA, January 19, 2017

*The Court of Appeals hereby passes the following order:*

## A16A2022. BREWTON v. McKINLEY.

After the trial court denied the Appellant/Defendant's motion for summary judgment, this court granted his application for discretionary appeal. With the benefit of having reviewed the entire record in this appeal, including four depositions and two oral arguments, we conclude that the application to appeal was improvidently granted. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 01/19/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*